AO 91 (Rev. 11/11) Criminal Complaint

3:20-cv-00516

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
| v. | ) | |
| Paul Lodenstein | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED / ENTERED
SEP 11
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __09/10/2020__ in the county of __Washoe__ in the __City of Sparks__ District of __Nevada__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| OSHA Act | Not providing a safe work environment. |
| FMLA Act | Not providing FMLA benefits for an employee |
| Title VII of the civil rights Act of 1964 | Violation of rights due to genetic makeup and sex |
| Americans with Disabilities Act | Not accomadating a disability |

This criminal complaint is based on these facts:
Discrimination, retaliation, and americans with disabilities

☐ Continued on the attached sheet.

_Heath V. Fulkerson_
Complainant's signature

Heath V. Fulkerson
Printed name and title

Sworn to before me and signed in my presence.

Date: __09/10/2020__

Judge's signature

City and state: __Reno, NV__

Printed name and title