# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATH VINCENT FULKERSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HARDIE BUILDING PRODUCTS,<br>INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:20-cv-0516-MMD-CLB<br><br>**REPORT AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE**[1] |

## I.    DISCUSSION

On September 11, 2020, Plaintiff submitted a *pro se* complaint alleging violations of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990. (*See* ECF No. 1-1.)  On October 15, 2020, the court conducted a screening of the complaint pursuant to 28 U.S.C. § 1915.  (ECF No. 4)  The screening order dismissed the complaint, without prejudice, and with leave to amend.  (*Id.*)  Plaintiff was directed to file an amended complaint within thirty (30) days and was cautioned that failure to file an amended complaint curing the deficiencies outlined in the screening order would result in the issuance of a Report and Recommendation that the action be dismissed, with prejudice, for failure to state a claim.  (*Id.* at 5-6.)  To date, Plaintiff has not complied with this court's order, as he has not submitted an amended complaint.

Accordingly, the court recommends this action be dismissed, with prejudice, for failure to state a claim.

The parties are advised:

1.    Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation

---

[1]    This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge.  The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice IB 1-4.

within fourteen days of receipt.  These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.      This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II.      RECOMMENDATION

For the reason stated above, the court recommends that the District Court enter an order **DISMISSING** this action with prejudice, for failure to state a claim.

**DATED**:  December 2, 2020     .

_____
**UNITED STATES MAGISTRATE JUDGE**